RYAN J. COUTU, Respondent, v ANDRES SANTO DOMINGO, Appellant.

Submitted January 26, 2015; decided February 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.